**Opinion issued June 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00079-CR

————————————

**SANDRA SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Case No. 1821548

## MEMORANDUM OPINION

Appellant Sandra Sanchez was convicted of the offense of driving while intoxicated with a child under 15 years of age. Sanchez was sentenced to fifteen months in the State Jail Division of the Texas Department of Criminal Justice. Appellant has filed a motion to dismiss her appeal in compliance with Texas Rule

of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).